IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| FRED W. HOLLAND, M.D., an adult individual, | CIVIL DIVISION |
| Plaintiff, | No. 3:18 CV 490 |
| v. | JUDGE JAMES G. CARR |
| MERCY HEALTH, a non-profit corporation, and MERCY HEALTH - ST. VINCENT MEDICAL CENTER LLC, a domestic limited liability company, IMAN ANDRABI, an individual, and FAYYAZ HASHMI, an individual. | MAG. JUDGE JAMES R. KNEPP II |
| Defendants. | |

## ORDER

AND NOW, this _____ day of March, 2018, upon consideration of Plaintiff's Motion for Leave to File Complaint in Civil Action Under Seal, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED, and Plaintiff may file his Complaint in Civil Action under seal.

BY _____
Judge, United States District Court