**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| FRED W. HOLLAND, M.D., et. al. | Case No.: 3:18-cv-00490 |
| Plaintiff, | Judge James G. Carr |
| | Magistrate Judge James R. Knepp, II |
| v. | |
| MERCY HEALTH, et. al. | |
| Defendants. | |

## **ORDER**

Upon consideration of Plaintiff's motion for leave to exceed the page limit, and having considered the papers in support and any opposition thereto, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Plaintiff's Opposition to the Motion for Partial Judgment on the Pleadings shall not exceed a total of 33 pages.

_____
Judge James G. Carr