# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **FRED W. HOLLAND, M.D.,** | **CIVIL DIVISION** |
| Plaintiff, | No. 3:18-cv-00490 |
| v. | **HONORABLE JAMES G. CARR** |
| **MERCY HEALTH, et al.,** | |
| Defendant. | **JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this <u>5th</u> day of March, 2020 upon consideration of Plaintiff's Motion for Leave to File Exhibits Under Seal, and the Stipulated Protective Order entered by this Court on August 17, 2018, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED, and Plaintiff may file his Exhibits to his Motion for Summary Judgment and to his Response in Opposition to Defendants' Motion for Summary Judgment under seal as appropriate.

BY  s/James G. Carr
James G. Carr , Sr. U.S. District Court Judge