

# Re: Holland
4 messages

---

**Jason Archinaco** <jarchinaco@archlawgroup.com>  Thu, Oct 28, 2021 at 3:59 PM
To: "Wiencek, Thomas J" <TJWiencek@mercy.com>
Cc: Michael O'Leary <moleary@archlawgroup.com>, randy dixon <randydixon@dixonhayes.com>, Taylor Ward <tward@dixonhayes.com>, Becky Haupt <RHaupt@brouse.com>

Tom -

In the interests of judicial economy, can you please refile an amended cost statement, removing the extra $2.00 a page for expediting the transcripts of Arquilla and Kopitke.  If you agree to do that, then there will be no objections to the amended bill of costs.  Please let us know.

Very Truly Yours,

-J.


On Thu, Oct 28, 2021 at 12:19 PM Wiencek, Thomas J <TJWiencek@mercy.com> wrote:

> Counsel, please see attached. Thank you. Tom
>
> Thomas J. Wiencek
>
> VP/Associate General Counsel
>
> Bon Secours Mercy Health
>
> 388 S. Main St.
>
> Suite 500
>
> Akron, Ohio, 44311
>
> O: (513) 639.0196
>
> C: (330)283.9532
>
> BSMH asst. (Cheryil) (410) 442.3426
>
> Brouse asst: (Becky) (330)535.5711
>
> "Let your yes mean yes and your no mean no."
>
> Matt. 5:37
>
> Prius vita quam doctrina



> CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is

prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**Wiencek, Thomas J** <TJWiencek@mercy.com>  Thu, Oct 28, 2021 at 4:52 PM
To: Jason Archinaco <jarchinaco@archlawgroup.com>
Cc: Michael O'Leary <moleary@archlawgroup.com>, randy dixon <randydixon@dixonhayes.com>, Taylor Ward <tward@dixonhayes.com>, Becky Haupt <RHaupt@brouse.com>

Jason, we will do so. But just so you know, we can't amend the invoices. They are what they are. So what we will do is take $2.00 times the number of pages total in both of those transcripts and reduce the cost accordingly, with a brief note to the clerk about why the costs have been amended. Tom

Thomas J. Wiencek

VP/Associate General Counsel

Bon Secours Mercy Health

388 S. Main St.

Suite 500

Akron, Ohio, 44311

O: (513) 639.0196

C: (330)283.9532

BSMH asst. (Cheryil) (410) 442.3426

Brouse asst: (Becky) (330)535.5711

"Let your yes mean yes and your no mean no."

Matt. 5:37

Prius vita quam doctrina

[Quoted text hidden]

**WARNING:** The sender of this email could not be validated and may not match the person in the **"From"** field.
**CAUTION:** This email originated from outside of the Bon Secours Mercy Health organization. **DO NOT CLICK** on any links or attachments unless you recognize the sender and you know that the content is safe.

[Quoted text hidden]

---

**Wiencek, Thomas J** <TJWiencek@mercy.com>  Thu, Oct 28, 2021 at 5:08 PM
To: Jason Archinaco <jarchinaco@archlawgroup.com>
Cc: Michael O'Leary <moleary@archlawgroup.com>, randy dixon <randydixon@dixonhayes.com>, Taylor Ward <tward@dixonhayes.com>, Becky Haupt <RHaupt@brouse.com>

Jason, based on our math, the reduction for the Arquilla transcript is $640. The reduction for the Kopitke transcript is $400, for a total of $1040.

Rather than clog up the clerk's docket, Mercy will agree that if the court awards costs that include Arquilla's and Kopitke's transcripts as is that include the expedited $2.00 per page premium, that you can pay $1040 less in costs.

Is that satisfactory? Thank you. Tom

Thomas J. Wiencek

VP/Associate General Counsel

Bon Secours Mercy Health

388 S. Main St.

Suite 500

Akron, Ohio, 44311

O: (513) 639.0196

C: (330)283.9532

BSMH asst. (Cheryil) (410) 442.3426

Brouse asst: (Becky) (330)535.5711

"Let your yes mean yes and your no mean no."

Matt. 5:37

Prius vita quam doctrina

[Quoted text hidden]
[Quoted text hidden]

---

**Jason Archinaco** <jarchinaco@archlawgroup.com>  Thu, Oct 28, 2021 at 5:40 PM
To: "Wiencek, Thomas J" <TJWiencek@mercy.com>
Cc: Michael O'Leary <moleary@archlawgroup.com>, randy dixon <randydixon@dixonhayes.com>, Taylor Ward <tward@dixonhayes.com>, Becky Haupt <RHaupt@brouse.com>

Tom -

Thank you, and we understand you cannot amend them.

VTY,

-J.

[Quoted text hidden]