

---

## Payment of costs

---

**Wiencek, Thomas J** <TJWiencek@mercy.com>                                         Thu, Jan 6, 2022 at 4:50 PM
To: Jason Archinaco <jarchinaco@archlawgroup.com>, Michael O'Leary <moleary@archlawgroup.com>, randy dixon
<randydixon@dixonhayes.com>, Taylor Ward <tward@dixonhayes.com>
Cc: Becky Haupt <RHaupt@brouse.com>

Counsel, attached is the uncontested award of $46,803.49 in costs in this matter. Please advise
when Mercy will receive these funds. Thank you. Tom


Thomas J. Wiencek

VP/Associate General Counsel

Bon Secours Mercy Health

388 S. Main St.

Suite 500

Akron, Ohio, 44311

O: (513) 639.0196

C: (330)283.9532

BSMH asst. (Cheryil) (410) 442.3426

Brouse asst. (Becky) (330)535.5711


"Let your yes mean yes and your no mean no."

Matt. 5:37

Prius vita quam doctrina


CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

 Copier1Scan__20220106_164229.pdf
164K

**EXHIBIT**
**2**