# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **FRED W. HOLLAND, M.D.,** | **CIVIL DIVISION** |
| Plaintiff, | No. 3:18-cv-00490 |
| v. | **HONORABLE JAMES G. CARR** |
| **MERCY HEALTH, et al.,** | |
| Defendant. | **JURY TRIAL DEMANDED** |

## PROPOSED ORDER

On this _____ day of _____, 2022, upon consideration of Plaintiff's Motion to Stay Enforcement of the Award of Costs Pending His Appeal, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Any and all enforcement and/or collection proceedings are hereby STAYED pending the conclusion of Plaintiff's appeal.

BY THE COURT:

_____
James G. Carr, J.